# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00299-JAD-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 53] |
| KIRK RICHARD BALDUCCI, | |
| Defendant. | |

Pending before the Court is the motion to withdraw as Defendant's attorney. Docket No. 53; *see also* Docket No. 54 (corrected image). The Court hereby **SETS** that motion for a hearing at 9:00 a.m. on February 27, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

An Assistant Federal Public Defender must also be present at the hearing. The Clerk's Office is **INSTRUCTED** to provide a copy of this order to the Federal Public Defender's office.

IT IS SO ORDERED.

DATED: February 22, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE